# Court of Appeals
# of the State of Georgia

ATLANTA,    August 06, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0497. ABDUR-RAHIM D. DUDAR v. LIBERTY MUTUAL INSURANCE COMPANY.**

Upon review, Abdur-Ramid D. Dubar's application for discretionary appeal, is hereby DENIED. His "Motion for an Open Hearing on All Issues Regarding Plantiff's Appeal" is also DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,*    08/06/2015

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*